# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DARION BOWMAN,** individually and on behalf of similarly situated persons,

        Plaintiff,

v.

**T & R PIZZA, INC. d/b/a DOMINO'S PIZZA,**

        Defendant.

Case No. 2:21-cv-12906-TGB-APP

Hon. Terrence G. Berg

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court upon, the Parties' Joint Stipulation for Dismissal and pursuant to Fed.R.Civ.P. 41(a)(1);

IT IS HEREBY ORDERED that the above-styled cause is dismissed without prejudice and without costs to any party. Each party shall bear its own attorneys' fees and costs associated with this matter.

IT IS SO ORDERED.

This Order resolves all pending claims and closes the case.

Dated: March 14, 2022

                                  /s/Terrence G. Berg
                                  Hon. Terrence G. Berg
                                  United States District Judge